IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TOMAS O. CASABLANCA,**

    **Petitioner,**

v.                                          Civil Action No. 2:05CV94
                                             Criminal Action No. 2:04CR5(1)
                                             (Judge Maxwell)

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER

It will be recalled that on April 3, 2007, Magistrate Judge Kaull filed his Opinion/Report and Recommendation, wherein the Petitioner was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. On May 30, 2007, after successfully seeking an extension to do so, Petitioner filed his Objections to the Magistrate Judge's Opinion/Report and Recommendation.

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Petitioner in his motion, which was filed pursuant to 28 U.S.C. §2255, wherein Petitioner seeks release from imprisonment, as well as the issues raised by the Respondent in its Motion to Dismiss, were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation. Upon consideration of the Petitioner's objections, the Court finds that the Petitioner has not raised any issues that were not throughly considered by the Magistrate Judge in his Report and Recommendation. Moreover, the Court, upon an independent de novo consideration of all matters now before it, is of the opinion that the Report and Recommendation

accurately reflects the law applicable to the facts and circumstances before the Court in this action.  Therefore, it is

      **ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

      **ORDERED** that Respondent's Motion to Dismiss be, and the same hereby is, **GRANTED** in part.  It is further

      **ORDERED** that the Petitioner's §2255 Motion be, and the same hereby is, **DENIED**.  It is further

      **ORDERED** that the above styled action be, and the same hereby is, **DISMISSED** with prejudice and **STRICKEN** from the docket of this Court.  It is further

      **ORDERED** that, if Petitioner should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> from the United States Court of Appeals for the Fourth Circuit.

      **ENTER:** October  2 , 2007

                                                   **/s/ Robert E. Maxwell**
                                                      United States District Judge